PAUL J. FISHMAN
United States Attorney
MARION PERCELL
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2733
Fax. 973-645-3316
email: marion.percell@usdoj.gov

*Courtesy Copy*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>$7,599,358.09 PLUS ACCRUED INTEREST AND DIVIDENDS, ET AL.,<br><br>*Defendants.* | HON. STANLEY R. CHESLER, U.S.D.J.<br><br>*Civil Action No.* 10-5060<br><br>AMENDED APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO NON-DISPOSITIVE MOTIONS |

To:  All Counsel

The United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Marion Percell, Assistant U.S. Attorney, appearing), hereby amends its previously-submitted application pursuant to Local Rule 7.1(d)(5) for an Extension of Time to Respond to Non-Dispositive Motions, which was filed on April 4, 2011 (Docket Entry # 59) and entered as an Order of the Court on April 7, 2011 (Docket Entry # 60).

When it submitted its Application for an Extension of Time to Respond to Non-Dispositive Motions, the United States intended to seek a postponement of the return date of two pending motions for four weeks, and a concomitant extension of time to submit opposition to those motions. The motions in question were filed, respectively, on March 18, 2011 (Docket

Entry # 49) and March 24, 2011 (Docket Entry # 51), with a return date for each of April 18, 2011, which made the deadline for opposition to the motions April 4, 2011. Due to a clerical error by the United States, the Application did provide for a four-week adjournment of the deadline for opposition to the motions, namely to May 2, 2011, but it inadvertently referred to a return date of May 2, 2011 – the same day – instead of May 16, 2011. With apologies to the Court and the parties, the government now requests that the return date be postponed to May 16, 2011, as originally intended.

Dated: April 15, 2011.

>PAUL J. FISHMAN
>United States Attorney
>
>By: MARION PERCELL
>Assistant U.S. Attorney
>Chief, Asset Forfeiture and
>Money Laundering Unit

SO ORDERED:

Honorable Stanley R. Chesler
United States District Judge
Dated: April 21, 2011